Mara Cole
426 Ainakula Road
Kula HI 96790

maracole50@yahoo.com

949-887-2655

July 24, 2024

RE CASE NUMBER: 24-00649

F I L E D
UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII

2 9 2024

At____ o'clock and_____ min.____ M

Attn: Bankruptcy Clerk

     I received a notice of a filing of bankruptcy for Andrew L. Keenan in the mail today from the office of Debtor's Attorney Ofir Raviv. Email is ofir@squareonelegal.com and phone number 808-201-6000.

I am not a lawyer, but it is my understanding that I can file a complaint as per the instructions given in Section 9 of his letter.

I assert that the debtor, Andrew Keenan is not entitled to receive a discharge of any debts under any of the subdivisions of 1 1 U.S.C. 727(a) (2) through (7).

And I must file a motion if I assert the discharge should be denied under 727(a) (8) or (9).

Not fully understanding those motions or codes, I will challenge so in this letter and submit my proof of wrong doing by Andrew L. Keenan and that he, the debtor is not entitled to receive a discharge of any of his debt to me.

Please refer to my enclosed documents that pertain to Andrew L. Keenan's fraudulent activity regarding my case and can be filed with your office.

If you need to contact me, my information is as appears above. Thank you.


Yours sincerely,

*Mara P. Cole*

Mara P Cole


Documents Enclosed
Page 1 of 23

ATTACHMENT

On January 26, 2024 I initiated a call to salesperson Chris Patsey of Maui Windows and Doors to get an estimate for the installation and replacement of two sets of vinyl slider doors at my homes at 424-426 Ainakula Road, Kula HI 96790. An estimate was drawn up and followed by an esign contract on 1/31/24. I mailed in my 50% deposit of $7,625.83 on 1/31/24. I was told an appointment of the critical measure of the doors would be scheduled after receipt of my deposit. On Monday, February 12, 2024 I discovered online that Maui Windows and Doors closed their business on Friday, February 9, 2024. I immediately tried to call them to no avail, so I drove down to the business located at 261 Lalo Street, Kahului and found their doors locked, no one around. The next door, warehouse business informed me of the employee meeting in the parking lot on the preceding Friday announcing the closure of the business. I drove immediately to First Hawaiian Bank to see if I could place a stop payment on my check #544 but I was too late, as it had been cashed on February 6, which was two days prior to the closure of Maui Windows and Doors. After repeated phone calls to the business, and leaving messages, I never received any responses. In addition to the Breach of Contract, I believe deceptive trade practices in direct violation of Hawaii Revised Statutes Section 481 A-3 did occur. Maui Life Construction LLC dba Maui Windows and Doors LLC license is BC-33902. I did file a formal RICO complaint against Andrew Keenan CT-24234, owner of the business on February 28, 2024.



# WE ARE SAD TO ANNOUNCE THE CLOSURE OF MAUI WINDOWS AND DOORS AFTER 10 YEARS OF SERVING OUR COMMUNITY.

We are incredibly thankful for the loyalty and support of our customers.
Thank you for understanding.



Handwritten note in right margin: *ESIGN DOCS*

**Orders Maui Windows and Doors**
orders@mauiwindowsanddoors.com

Aloha Mara!

Hope you got most of the weeds pulled yesterday! I've attached your PRODUCT & INSTALL contracts. Let us know how you want to pay your deposit. I would recommend a check as there is no fee. The credit card company charges us 3% so we would have to add that onto your invoice if you wanted to charge it. Once we get your deposit, **we will get you scheduled for a critical measure.** Total for your deposit is $7,625.83 . **Let me know if you have questions.**

Thanks!

Chris

**MLC, LLC dba Maui Windows & Doors**
261 Lalo Street Unit A-1
Kahului, HI 96732
(808) 877-3667
ap@mauiwindowsanddoors.com
www.mauiwindowsanddoors.com



# INVOICE

**BILL TO**
Mara Cole
426 Ainakula Rd
Kula, HI 96790

**INVOICE #** IN6932
**DATE** 01/31/2024

**TERMS** 25% Deposit / 50%
Before Install / 25%
Completion

| REP | FOB | PROJECT |
|---|---|---|
| Chris Patsey | Kahului | Sliding Door(s) Installation |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Installation Services - Removal and Disposal of Existing Units, the Installation of New Units: (2) Milgard Tuscany Two Panel Sliders:<br>Size = RO: 94" x 79"<br>Net Frame: 93 1/2" x 78 1/2"<br>D1 - Handing = XO<br>D2 - Handing = OX | 1 | 5,975.00 | 5,975.00T |

Thank you for your Order. Please review this Invoice and all Manufacturer's Specifications carefully. If everything is correct, please sign on the Authorized Signature line indicated and remit your deposit. If you need any revisions, please notify us immediately prior to signing. Lead time is approximate based on information received from our Manufacturer's, actual lead times may vary, and we will not be responsible for Manufacturer's Production/Shipping Delays. Once an Order has been placed, no further revisions can be made. All Sales are Final.

This Invoice together with the attached Standard Terms and Conditions, constitutes a Legal Contract.

3% Convenience charge will be added if paying by credit card.

| | |
|---|---|
| SUBTOTAL | 5,975.00 |
| TAX (4.712%) | 281.54 |
| TOTAL | 6,256.54 |
| **BALANCE DUE** | **$6,256.54** |

AUTHORIZED
SIGNATURE: _____

DATE: _____ 2/5/2024

# --MAUI LIFE CONSTRUCTION LLC
## INSTALLATION CONTRACT

Maui Life Construction LLC is the parent company of Maui Windows and Doors LLC. Maui Life Construction is a licensed Hawaii contractor, License Number BC-33902, and installs products sold by Maui Windows and Doors.

Owner: Mara Cole
Project Address: 426 Ainakula Rd.
Contact Name: Mara Cole
Contact Email: maracole50@gmail.com
Contact Cell: 949-887-2655

1. **Scope of Work**. This Installation Contract ("Agreement") is for Maui Lif Construction LLC ("Maui Life"), whose address is 261 Lalo St., Kahului, HI 96732 to perform the following work identified in Exhibit A (the "Work") at the Project Address identified above.

2. **Exclusions**. The Work excludes the items noted as exclusions in the attached Exhibit A.

3. **Schedule**. Work is expected to begin within two to four weeks of delivery of the materials set forth above. The parties will agree on a more detailed schedule upon execution of this Agreement.

4. **Contract Price & Payment Terms.** For the Work set forth above, Owner agrees to pay Maui Life a total of **$6,256.54** total of product & installation & excise tax of 4.712%)
Does not include approved change orders. Payment will be due as follows:

| Milestone or Deliverable – INSTALLATION - $6,256.54 |
| --- |
| 25% at Execution of this Agreement - $1,564.14 |
| 50% at Commencement of Work - $3,128.26 |
| 25% Upon final installation of product - $1,564.14 |

**IN WITNESS WHEREOF**, by their signatures below, Owner and Contractor agree to the terms of this Agreement, including the General Terms and Conditions listed in the following pages.

YOU, THE BUYER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE THE ATTACHED NOTICE OF CANCELLATION FORM FOR AN EXPLANATION OF THIS RIGHT. ALL PAYMENTS UNDER THIS CONTRACT MUST BE PAID TO THE CONTRACTOR AND NOT TO ANY SALES REPRESENTATIVE. ANY PAYMENTS MADE TO A SALES REPRESENTATIVE SHALL NOT BE DEEMED A "PAYMENT" PURSUANT TO THIS CONTRACT AND OWNER HEREBY ASSUMES THE LOSS OF ANY SUCH PAYMENT.

OWNER:                                          MAUI LIFE CONSTRUCTION LLC:

Signed: _____          Signed: _____

## GENERAL TERMS AND CONDITIONS

**1. General.** The general terms and conditions contained herein, together with the foregoing terms of the Installation Contract, shall constitute the entire agreement (the "Agreement") between the parties with respect to the installation of the materials set forth above. This Agreement supersedes all prior written or oral agreements, understandings, representations, memorandums or contracts between the parties and cannot be modified except by a written instrument signed by the both parties.

**2. Work.** Maui Life shall perform the "Work" specified in the Scope of Work above per the building plan or specifications provided by Owner as approved by Maui Life. Any other work that is not specified in the Scope of Work will only be performed by agreed-upon written change orders signed by Maui Life. Maui Life agrees to execute the Work in accordance with industry standard building practices substantially in compliance with any plans or specifications provided by Owner.

**3. Date of Commencement.** Tentative commencement of the Work shall be within two to four weeks of delivery of materials. However, although Maui Life shall use its best efforts to timely commence and complete the Work, Maui Life makes no representation or guaranty as to date of commencement or completion of the Work.

**4. Completion.** After completion of the Work, Owner shall have seven (7) days to notify Maui Life of any deviation of the Work from the plans and/or specifications, or any items that appear to Owner to be defective. Failure to provide Maui Life such notice shall constitute full and final acceptance of the Work.

**5. Miscellaneous Duties of Owner.** Owner shall furnish and pay for at Owner's sole cost all surveys, soils testing, geological reports, complete plans and specifications necessary for the performance of the work. Owner shall be responsible for all building permits and licenses necessary to complete the Work. Owner shall be responsible for any and all applicable homeowners' association dues, plan review fees, and other similar fees and dues as well as compliance with any and all applicable covenants, conditions and restrictions that may affect Maui Life's ability to complete the Work. Owner shall notify Maui Life of any site conditions of which Owner is aware that may impact Maui Life's ability to perform the Work.

**6. Miscellaneous Duties of Maui Life.** Maui Life shall supervise and direct the Work and shall be solely responsible for all construction means, methods, techniques, sequences, and procedures and for coordinating all portions of the Work. Maui Life shall keep the site reasonable free from accumulation of waste materials or rubbish caused by its operations. At the completion of the Work, Maui Life shall remove all waste materials or rubbish from and about the Work as well as its tools, equipment and surplus materials.

**7. Warranty.** Maui Life will perform the work in a workmanlike manner, in accordance with industry standards. All materials installed by Maui Life are provided "As Is". Maui Life expressly disclaims any implied warranties and/or warranties not expressly included in this paragraph, including warranties of merchantability and/or fitness for a particular purpose as to any and all Work. ALL WARRANTY CLAIMS AS TO THE MATERIALS TO BE INSTALLED WILL BE RESOLVED BY THE MANUFACTURER(S) OF SUCH MATERIALS ACCORDING TO THEIR WRITTEN WARRANTIES. WARRANTY TERMS WILL NOT AFFECT PAYMENT TERMS UNDER THIS CONTRACT. OWNERS HEREBY RELEASE AND INDEMNIFY MAUI LIFE AS TO ANY CLAIMS, DEMANDS, COSTS OR LIABILITIES RELATING TO THE MATERIALS TO BE INSTALLED.

**8. Changes by the Owner.** Owner, without invalidating the Agreement, may request changes in the Work consisting of additions, deletions or modifications pursuant to a written Change Order. All Change Orders must be agreed to and executed by Maui Life. Maui Life has no obligation to agree to any Change Order. Immediately upon execution of a Change Order and prior to commencement of the work specified in the Change Order, the entire cost of the Change Order, together with the associated State of Hawaii general excise tax for such Change Order, shall be paid to Maui Life in full.

**9. Disclosures by Maui Life to Owner.**

a. **Verbal Disclosures Made by Maui Life Prior to Signing this Agreement.** Owner acknowledges and represents to Maui Life that prior to signing this Agreement, Maui Life:

i. Explained verbally in detail to Owner all lien rights of all parties performing under the Agreement, including the Owner, Maui Life, any subcontractor, any laborer, any materialmen supplying commodities or labor for the Work, all as the same has been set forth in Paragraph 9(b) below.

     ii.      Explained verbally in detail that the Owner has the right to demand bonding for the Work, how the bond would protect the Owner and the approximate expenses for such bond, as the same has been set forth in Paragraph 9(b) below;

     iii.     Explained verbally that none of the Work is expected to be subcontracted to others.

     iv.     Explained verbally Maui Life's right to resolve alleged defects in the Work prior to commencing any litigation in accordance with Hawaii Revised Statutes §672E-11, as the same has been set forth in Paragraph 9(b) below.

     v.     Notified Owner that Maui Life's license number registered with the State of Hawaii is CT-33902.

     vi.     Disclosed any warranties set forth in this Agreement.

     b.     **Disclosures Made in This Agreement.** Owner acknowledges and represents to Contractor that he/she has(have) read and understands all the written Disclosures contained below:

     i.     Lien Rights. Any person who furnishes labor (a prime or subcontractor) or materials (material supplier) for your home improvement or renovation project and is not paid can file a claim in court against your property. This is true even if you have paid the contractor for the labor or materials in full and the contractor fails to pay his subcontractors or material suppliers. In order to obtain a lien against your property, a contractor, subcontractor or material supplier must go to court and show that goods or services for the project have been supplied but have not been paid for. You will be notified to appear and defend against these claims in court. If a lien is obtained, you are entitled to prove in a later court proceeding that you paid your contractor in full. The court could then enter a judgment in your favor against the contractor and direct payment out of the contractor's recovery fund up to the amount allowed by law, if the contractor was properly licensed at the time you entered into the contract with it.

     ii.     Bonding. Owner has the option to demand bonding for the Work, together with any modifications to the Work and/or Change Orders. This bond, often called a performance and/or payment bond, guarantees completion of the project and payment of all liens or obligations arising thereunder. This bond is usually provided by surety companies or material supply homes to qualified contractors. It may cost Owner approximately 5% of the project cost. By signing this Agreement, Owner acknowledges that Owner has rejected any bonding on this project.

     iii.     Hawaii Contractor Repair Act. In 2004, the Hawaii legislature passed the Contractor Repair Act, Hawaii Revised Statutes Chapter 672E (the "Act"). The Act provides a framework for any claimant, such as Owner, alleging construction defects resulting from a contractor's performance of the Work. The Act requires the following notice of the contractor's right to resolve alleged construction defects before a claimant may commence litigation against the contractor:

> "CHAPTER 672E OF THE HAWAII REVISED STATUTES CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT OR OTHER ACTION FOR DEFECTIVE CONSTRUCTION AGAINST THE CONTRACTOR WHO DESIGNED, REPAIRED, OR CONSTRUCTED YOUR HOME OR FACILITY. NINETY DAYS BEFORE YOU FILE YOUR LAWSUIT OR OTHER ACTION, YOU MUST SERVE ON THE CONTRACTOR A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE. UNDER THE LAW, A CONTRACTOR HAS THE OPPORTUNITY TO MAKE AN OFFER TO REPAIR AND/OR PAY FOR THE DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY A CONTRACTOR. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER THE LAW, AND FAILURE TO FOLLOW THEM MAY NEGATIVELY AFFECT YOUR ABILITY TO FILE A LAWSUIT OR OTHER ACTION."

**10. Effect of Payment in Full.** The making of final payment by Owner to Maui Life shall constitute a waiver of all claims by Owner against Maui Life. The acceptance of payment in full by Maui Life shall constitute a waiver of all claims by Maui Life against Owner.

**11. Waiver of Consequential Damages; Limitation of Liability.** Owner acknowledges and understands that it forever waives and disclaims any and all claims for consequential damages, punitive damages, damages to any person (whether through injury or otherwise), or damage to property, that is alleged to be caused by Maui Life in performing the Work. IN ADDITION, MAUI LIFE'S TOTAL LIABILITY UNDER THIS AGREEMENT SHALL BE LIMITED TO THE CONTRACT PRICE.

**12. Dispute Resolution. Dispute Resolution.** For any dispute, claim or controversy arising out of or relating to this Agreement, or the performance hereunder, that is not resolved by mutual agreement, and which is less than maximum jurisdiction amount of the District Courts in Hawaii, shall be brought in the District Court of the Second Circuit Court, County of Maui, Wailuku Division; in such a case, neither party will have a right to a jury trial, and by signing this agreement both

parties are waiving their rights to a jury trial. Any unresolved controversy or claim arising out of or relating to this agreement, or breach of this agreement, that is more than the then jurisdictional maximum amount of the District Courts in Hawaii shall be settled by arbitration in front of a single arbitrator in accordance with the Commercial Rules of Dispute Prevention Resolution, Inc. ("DPR) in Kahului, Maui, using DPR as the arbitrator for such arbitration. The parties shall share equally in the fees and costs of the arbitrator. The parties shall bear their own attorneys' fees, costs and expenses in connection with any litigation or arbitration, provided that a court or the arbitrator shall award to the prevailing party all such fees, costs and expenses, including the fees and expenses of the arbitrator, in accordance with Hawaii law.

**13. Miscellaneous Provisions.**

a.      Enforceability. The parties agree that the provisions of this Agreement shall be enforced to the fullest extent permissible under law. Accordingly, if any particular provisions of this Agreement shall be adjudicated to be invalid, illegal or unenforceable, such provision of this Agreement shall be deemed amended to delete therefrom the portion thus adjudicated to be invalid, illegal or unenforceable, such deletion to apply only with respect to the operation of such provision of this Agreement in the particular jurisdiction in which such adjudication is made.

c.      Waiver of Breach. No waiver by either party of any of the provisions hereof will be effective unless explicitly set forth in writing and signed by the waiving party. Except as otherwise set forth in this Agreement, no failure to exercise, or delay in exercising, any rights, remedy, power, or privilege arising from this Agreement will operate or be construed as a waiver thereof; nor will any single or partial exercise of any right, remedy, power, or privilege hereunder preclude any other or further exercise thereof or the exercise of any other right, remedy, power, or privilege.

d.      Authorship. No questions of interpretation or construction concerning this Agreement shall be construed or interpreted for or against any party based on the consideration of authorship.

e.      Severability. If any term or provision of this Agreement is invalid, illegal, or unenforceable in any jurisdiction, such invalidity, illegality, or unenforceability will not affect any other term or provision of this Agreement or invalidate or render unenforceable such term or provision in any other jurisdiction. Upon a determination that any term or other provision is invalid, illegal, or unenforceable, the parties hereto shall negotiate in good faith to modify this Agreement so as to effect the original intent of the parties as closely as possible in a mutually acceptable manner in order that the transactions contemplated hereby be consummated as originally contemplated to the fullest extent permitted under applicable law.

f.      Joint and Several Liability. If Owner is more than one person or entity, then each such party shall be jointly and severally responsible for the obligations and liabilities of Owner hereunder.

g.      Counterparts. This Agreement may be executed in counterparts, each of which will be deemed an original, but all of which together will be deemed to be one and the same agreement. A signed copy of this Agreement delivered by facsimile, e-mail, or other means of electronic transmission will be deemed to have the same legal effect as delivery of an original signed copy of this Agreement.

DocuSign Envelope ID: 44809316-59FE-4DF1-90D8-F3DA47DE4453

## EXHIBIT A
### Scope of Work

Maui Life Construction LLC is the parent company of Maui Windows and Doors LLC. Maui Life Construction is a licensed Hawaii contractor, License Number BC-33902, and installs products sold by Maui Windows and Doors.

Owner: Mara Cole
Project Address: 426 Ainakula Rd.
Contact Name: Mara Cole
Contact Email: maracole50@gmail.com
Contact Cell: 949-887-2655

**Inclusions:**

    1.1. On site measure prior to order. Below dimensions are subject to change based on critical measurement.
    1.2. Remove and replace specified sliding doors and windows.
    1.3. MILGARD Tuscany Sliding Doors (2)
        1.3.1. MILGARD Quote: SQPCTC003944_1
            1.3.1.1. Tuscany Sliding Door Two Panel, Size = RO: 94" x 79", Net Frame: 93 1/2" x 78 ½
            1.3.1.2. Door 1 - Handing = XO
            1.3.1.3. Door 2 - Handing = OX

**Exclusions:**

    1.1. Moving of interior or exterior furniture, fixtures, building materials or any objects in workspace which would interferes with installation.
    1.2. ANY Paint, stucco repair, and/or tile repair.
    1.3. Adjustment or removal of existing tile or carpet.
    1.4. Replacing and finishing of drywall including texture and or paint.
    1.5. Any electrical or plumbing work.
    1.6. Additional framing or carpentry work without signed change order.
    1.7. All additional work not included in Scope of Work is excluded without signed change order.

This list supersedes all conversations or understandings. All expectations and agreements for additional work or material must be in writing, submitted as an addendum and signed by both parties. All additional material or work agreed upon will be billed separately at owner's expense.

Client Signature: _____

Date: _____ 2/5/2024

**NOTICE OF CANCELLATION**
(To be left with Buyer)

DATE OF TRANSACTION: _____

YOU MAY CANCEL THIS TRANSACTION, WITHOUT ANY PENALTY OR OBLIGATION, WITHIN THREE BUSINESS DAYS FROM THE ABOVE DATE.

IF YOU CANCEL, ANY PROPERTY TRADED IN, ANY PAYMENT MADE BY YOU UNDER THE CONTRACT OR SALE, AND ANY NEGOTIABLE INSTRUMENT EXECUTED BY YOU WILL BE RETURNED WITHIN TEN BUSINESS DAYS FOLLOWING RECEIPT BY THE SELLER OF YOUR CANCELLATION NOTICE, AND ANY SECURITY INTEREST ARISING OUT OF THE TRANSACTION WILL BE CANCELLED.

IF YOU CANCEL YOU MUST MAKE AVAILABLE TO THE SELLER AT YOUR RESIDENCE, IN SUBSTANTIALLY AS GOOD CONDITION AS WHEN RECEIVED ANY GOODS DELIVERED TO YOU UNDER THIS CONTRACT OR SALE; OR YOU MAY, IF YOU WISH, COMPLY WITH THE INSTRUCTIONS OF THE SELLER REGARDING THE RETURN SHIPMENT OF THE GOODS AT THE SELLER'S EXPENSE AND RISK.

IF YOU DO MAKE THE GOODS AVAILABLE TO THE SELLER AND THE SELLER DOES NOT PICK THEM UP WITHIN TWENTY DAYS OF THE DATE OF YOUR NOTICE OF CANCELLATION, YOU MAY RETAIN OR DISPOSE OF THE GOODS WITHOUT ANY FURTHER OBLIGATION. IF YOU FAIL TO MAKE THE GOODS AVAILABLE TO THE SELLER, OR IF YOU AGREE TO RETURN THE GOODS TO THE SELLER AND FAIL TO DO SO, THEN YOU REMAIN LIABLE FOR PERFORMANCE OF ALL OBLIGATIONS UNDER THE CONTRACT.

TO CANCEL THIS TRANSACTION, MAIL OR DELIVER A SIGNED AND DATED COPY OF THIS CANCELLATION NOTICE OR ANY OTHER WRITTEN NOTICE, OR SEND A TELEGRAM TO MAUI LIFE CONSTRUCTION LLC, 261 LALO ST., KAHULUI, HI 96732 NOT LATER THAN MIDNIGHT OF _____ (3 BUSINESS DAYS AFTER DATE OF TRANSACTION).

I HEREBY CANCEL THIS TRANSACTION.


_____
(Date)


_____
(Buyer's signature)

**MLC, LLC dba Maui Windows & Doors**
261 Lalo Street Unit A-1
Kahului, HI 96732
(808) 877-3667
ap@mauiwindowsanddoors.com
www.mauiwindowsanddoors.com

 *ESTIMATE*



# Estimate

**ADDRESS**
Mara Cole
426 Ainakula Rd
Kula, HI 96790

**ESTIMATE #** ES10933
**DATE** 01/29/2024
**EXPIRATION DATE** 02/29/2024

| REP | FOB | PROJECT |
|---|---|---|
| Chris Patsey | Kahului | Lanai Sliders |

| DESCRIPTION | QTY. | RATE | AMOUNT |
|---|---|---|---|
| MILGARD Quote: SQPCTC003944_1 | 1 | 5,186.46 | 5,186.46T |
| Model = Sliding Door Two Panel<br>Size = RO: 94" x 79"<br>Net Frame: 93 1/2" x 78 1/2"<br>Handing = XO<br>Handing = OX | | | |
| Installation Services - Removal and Disposal of Existing Units, the Installation of New Units. | 1 | 5,975.00 | 5,975.00T |
| Estimate Includes Shipping Charges to Kahului Docks/Freight Carrier's Warehouse. | 1 | 1,245.67 | 1,245.67T |

3% Convenience charge will be added if paying by credit card .

Maui Windows and Doors, LLC will not be responsible for Manufacturer's Production/Shipping Delays.

All Sales are Final.

| SUBTOTAL | 12,407.13 |
|---|---|
| TAX (4.712%) | 584.62 |
| **TOTAL** | **$12,991.75** |

Accepted By

Accepted Date


| | |
|---|---|
| **Quote Name:** | Cole Lanai Sliders |
| **Customer:** | Mara Cole |
| **Payment Terms:** | |
| **Sales Representative:** | Maui Windows and Doors  Mobile: |
| | orders@mauiwindowsanddoors.com |
| **Weighted Average:** | U-Factor: .32, SHGC: .29, VT: .54 |
| **Comments:** | |

| | |
|---|---|
| **Quote Number:** | SQPCTC003944_1 |
| **Created Date:** | 1/29/2024 |
| **Modified Date:** | 1/29/2024 |
| **PO Number:** | |
| **Total Windows:** | |
| **Total Doors:** | 2 |
| **Total Sq Ft:** | 104.00 |
| **Total Perim Ft:** | 60 |
| **Est. Delivery:** | |

For warranty information please visit www.milgard.com/warranty/

## Billing Information
**Name:** Mara Cole
**Address:** ,

**Phone:**
**Fax:**
**Email:**

## Shipping Information
**Name:**
**Address:** ,

**Phone:**
**Fax:**
**Email:**

---

**Line:** 1
**Quantity:** 1

**Location:** D1
Tuscany V400, 8621T, SD2, 1 3/8" Setback, Ext White  / Int White, U-Factor: .32, SHGC: .29, VT: .54 — $2,000.44

Custom Size — $431.77
Upgraded Screen with Fiberglass Mesh — $68.34
Tariff — $7.68

Model = Sliding Door Two Panel
Size = RO: 94" x 79"
Net Frame: 93 1/2" x 78 1/2"
Handing = XO
Energy Star Zone(s) = None
Glass = 5/32" SunCoat (Low-E) Tempered over 5/32" Clear Tempered with Gray EdgeGardMAX Spacer
Glazing = Dual Glaze
Hardware = SmartTouch Handle
Other Options = Glass Breakage Warranty, Crate, Glazing Policy: Glazed and Panel In
Screen = Upgraded with Fiberglass Mesh, Screen Ship Loose
Ratings = STC: 33, OITC: 24, PG: LC-PG30
Clear Opening = W 41 1/4" x H 75 1/2" Sq. Ft. 21.63, Egress: Yes
Calculations = Unit Area (Sq. Ft.): 52, Unit Perimeter (nominal in lineal ft): 30'
Other Ratings = CPD: MIL-A-137-06212-00001

**Item Total:** $2,508.23
**Line Total:** $2,508.23

Viewed From Exterior

**Customer Approval:** _____

U.S. Bankruptcy Court - Hawaii   #24-00649   Dkt # 6   Filed  07/29/24   Page 13 of 23

| Line: | 2 | Location: D2 | | |
|-------|---|--------------|---|---|
| Quantity: | 1 | Tuscany V400, 8621T, SD2, 1 3/8" Setback, Ext White / Int White, U-Factor: .32, SHGC: .29, VT: .54 | | $2,000.44 |
| | | Custom Size | | $431.77 |
| | | Upgraded Screen with Fiberglass Mesh | | $68.34 |
| | | Tariff | | $7.68 |



Model = Sliding Door Two Panel     **Item Total:** $2,508.23
Size = RO: 94" x 79"     **Line Total:** $2,508.23
Net Frame: 93 1/2" x 78 1/2"
Handing = OX
Energy Star Zone(s) = None
Glass = 5/32" SunCoat (Low-E) Tempered over 5/32" Clear Tempered with Gray EdgeGardMAX Spacer
Glazing = Dual Glaze
Hardware = SmartTouch Handle
Other Options = Glass Breakage Warranty, Crate, Glazing Policy: Glazed and Panel In
Screen = Upgraded with Fiberglass Mesh, Screen Ship Loose
Ratings = STC: 33, OITC: 24, PG: LC-PG30
Clear Opening = W 41 1/4" x H 75 1/2" Sq. Ft. 21.63, Egress: Yes
Calculations = Unit Area (Sq. Ft.): 52, Unit Perimeter (nominal in lineal ft): 30'
Other Ratings = CPD: MIL-A-137-06212-00001

Viewed From Exterior     **Customer Approval:** _____

| Line: | 3 | Location: | | |
|-------|---|-----------|---|---|
| Quantity: | 1 | Crating Charges | | $170.00 |



**Item Total:** $170.00
**Line Total:** $170.00

**Customer Approval:** _____

U.S. Bankruptcy Court - Hawaii   #24-00649   Dkt # 6   Filed 07/29/24   Page 14 of 23



**MAUI WINDOWS AND DOORS, LLC**
**261 LALO STREET  UNIT A-1**
**KAHULUI, HI  96732**


**WINDOWS and DOORS**

| | |
|---|---|
| Submitted By: _____ | Material Subtotal: $5,186.4 |
| | Grand Total (USD): $5,186.4 |
| Accepted By: _____ | |
| Date: _____ | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

For warranty information please visit www.milgard.com/warranty/

Please note that actual NFRC energy values may vary from those reported in CTB Quote Plus due to variations that may occur during the manufacturing process. In most cases variations will be minimal. Please contact your Milgard location with questions or concerns regarding this potential variation.

Painted Vinyl Note: For stucco applications, please follow the Milgard Stucco Tape Guidelines
https://www.milgard.com/sites/default/files/u57666/stucco_taping_guidelines_0920.pdf.

Handing is viewed from outside looking in.

ADDITIONAL INFORMATION:

 

**Menu**     First Hawaiian Bank

---

**FEB 6 2024**

📧 CHECK. - 544     – **$7,625.83**

    $31,198.43

---

*BANK STATEMENTS* (handwritten)

## Details

**Statement Description:**
CHECK.

**Date:**
2/6/2024

**Type:**
Debit - Check 544

---

```
MARA P COLE                                        544
425 ANAKULA RD                                59-101/1213
KULA, HI 96790                                     
                          1/31/2024
Pay to the
Order of    MAUI WINDOWS AND DOORS   | $ 7,625.83/100

Seven thousand six hundred twenty-five 83/100    DOLLARS

First Hawaiian Bank               PRIMETIME PLUS
FUKALANI BRANCH
CE MAKAWAO AVENUE
FUKALANI, HAWAII 96768

For _____          Mara P. Cole

⑆121301015⑉0544  ⬛⬛  2791⑆
```

REDACTED BY COURT

---

‹     **1 of 2**     ›

---

**FEB 5 2024**

PREAUTHORIZED TRNSFR SBAD     + **$25,000.**

TREAS 310 MISC PAY MaraCole     $38,824. 

---

**FEB 1 2024**

---

AA     🔒 fhbonline.fhb.com     ↻

   

  **First Hawaiian Bank**

**FEB 6 2024**

📖 CHECK. - 544     − $7,625.83
           $31,198.43   ⋮

---

Details

**Statement Description:**
CHECK.

**Date:**
2/6/2024

**Type:**
Debit - Check 544

```
02052024 065006001165850 >121301028<

          02052024 000000  0001165850  <121301028<
```

‹        2 of 2        ›

**FEB 5 2024**

PREAUTHORIZED TRNSFR SBAD    + $25,000.0
TREAS 310 MISC PAY MaraCole    $38,824. 

**FEB 1 2024**

 fhbonline.fhb.com

AA

# COLE M

00041492791

Available Balance: $30,644.71 as of 02/13/2024
Current Balance: $30,790.31 as of 02/13/2024

Transactions 1 - 35

## Pending Debit Card Transactions

| Date | Description | Amount | Status |
|---|---|---|---|
| 02/13/2024 | SIG AUTHORIZATION | +$145.60 | Pending |
| 02/07/2024 | SIG AUTHORIZATION | +$0.00 | Pending |

## Pending and Processed Deposit Transactions

| Date | Description | Amount | Balance | Status |
|---|---|---|---|---|
| 02/12/2024 | 941 - PREAUTHORIZED TRNSFR | -$4.00 | $30,790.31 | Processed |
| 02/09/2024 | 231 - PIN DEBIT PURCHASE | -$308.12 | $30,794.31 | Processed |
| 02/07/2024 | 941 - PREAUTHORIZED TRNSFR | -$60.00 | $31,102.43 | Processed |
| 02/07/2024 | 941 - PREAUTHORIZED TRNSFR | -$36.00 | $31,162.43 | Processed |
| 02/06/2024 | 800 - CHECK | -$7,625.83 | $31,198.43 | Processed |
| 02/05/2024 | 736 - PREAUTHORIZED TRNSFR | +$25,000.00 | $38,824.26 | Processed |
| 02/01/2024 | 941 - PREAUTHORIZED TRNSFR | -$84.72 | $13,824.26 | Processed |
| 02/01/2024 | 231 - PIN DEBIT PURCHASE | -$785.29 | $13,908.98 | Processed |
| 02/01/2024 | 600 - DEPOSIT | +$1,600.00 | $14,694.27 | Processed |
| 01/31/2024 | 941 - PREAUTHORIZED TRNSFR | -$40.00 | $13,094.27 | Processed |
| 01/30/2024 | 269 - DEBIT CARD PURCHASE | -$675.00 | $13,134.27 | Processed |

Mara Cole
426 Ainakula Road
Kula HI 96790

February 28, 2024


Andrew Keenan, CEO
CT-24234
Maui Windows And Doors
261 Lalo Street, Unit A-1
Kahului HI 96732

*R.I.C.O.*

To Contractor Regulator:

The Regulated Complaints Office (RICO) recommended I write this letter to you.
On 2/5/24 I signed a contract for two slider patio doors replacement at 424-426 Ainakula
Road, Kula HI 96790.
Unfortunately, the service has not been satisfactory because Maui Windows and Doors
closed their business, three days after they cashed my check of $7,625.83.
To resolve the problem, I would appreciate your actions into the whereabouts and
unscrupulous activity of Andrew Keenan, and looking into his contractors license for fraud.
Enclosed are copies of all my records.
I look forward to your reply and a resolution to my problem.


Yours sincerely,



Mara P Cole


Enclosures



**STATE OF HAWAII**
**DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS**
**REGULATED INDUSTRIES COMPLAINTS OFFICE**
**CONSUMER RESOURCE CENTER**
OAHU OFFICE
235 SOUTH BERETANIA STREET, 9TH FLOOR
HONOLULU, HI 96813
cca.hawaii.gov/rico

FOR OFFICIAL USE ONLY

# COMPLAINT FORM – CONTRACTOR

**Important information about filing a complaint.** RICO's jurisdiction is limited to violations of Hawaii's licensing laws and rule Violations vary depending on the license type involved. As part of the review and investigation process, the company or individu you are complaining about may be informed of this matter and provided information about your complaint. Additional informati about the industries RICO regulates, applicable licensing laws and rules, and a list of Frequently Asked Questions is available the RICO website, as well as a fillable version of this and other RICO complaint forms.

**If you want to report on-going unlicensed activity, please complete the Report of On-Going Unlicensed Activity form.**

## COMPLAINANT INFORMATION (Your information)

| | (Last Name) | (First Name) | (Middle Name) |
|---|---|---|---|
| ☐ Dr.<br>☐ Mr.<br>☒ Ms.<br>☐ Mrs. | COLE | MARA | PAULA |

Your mailing address:
426 AINAKULA ROAD
KULA HI 96790

Telephone numbers (√ check best number to reach you at):
☐ Daytime phone: (　　　)　—
☐ Residence phone: (　　　)　—
☒ Cellular phone: (949) 887-2655

Your email: mara cole 50 @ yahoo. com

Are you filing on behalf of a business or organization? ☐ Yes　☒ No

If yes, please provide the name of your business/organization: _____

Hawaii law provides for enhanced penalties in certain situations where the affected person is 65 years of age or older. If y dispute affects a person who may be 65 or older, please ☒ check here (this information is voluntary).

**If someone is representing the COMPLAINANT, please complete this section.**

_____　_____　Phone No.
Representative's Name　　　　Mailing Address

Representative's relationship to the COMPLAINANT: _____
*If court appointed to assist the COMPLAINANT, please provide proof of legal guardian*

Signature of COMPLAINANT authorizing RICO to work with representative: _____

Explain here if COMPLAINANT is unable to sign: _____

U.S. Bankruptcy Court - Hawaii  #24-00649  Dkt # 6  Filed  07/29/24  Page 20 of 23

# RESPONDENT INFORMATION (Person or business your complaint is against)
## Please complete one complaint form per respondent.

☒ Business or ☒ Individual

**Respondent:** ANDREW KEENAN, CEO    MAUI WINDOWS & DOORS

**Address:** 261 LALO STREET, UNIT A-1 KAHULUI HI 96732

**Telephone No.:** ( 808 )  877-3667

**Fax:** ( )

**Email:** ap@mauiwindowsanddoors.com

Is the business or individual you are complaining about licensed? ☒ Yes ☐ No ☐ Don't know

**Website Address:** www.mauiwindowsanddoors.com

List any professional license number(s) here: CT-24234

**Name of person(s) you dealt with:** Chris Patsey (Sales)   808-897-7642 (c)   808-466-1386

# PROJECT INFORMATION

**Address where project is located:** 424-426 AINAKULA ROAD KULA HI 96790

**Owner's name:** MARA COLE

**Address type:** ☐ Business or ☒ Residential

**Telephone number at project:** ( 949 ) 887-2655

**Contract date:** 2/5/2024

**Contract price:** $12,991.75

**Amount paid on contract:** $7,625.23/100

**Who presented the contract?** EMAIL - ESIGN DOCUMENT FROM MAUI WINDOWS & DOORS, via Chris Patsey (Sales)

Were you provided information about lien and bond rights? ☐ Yes ☐ No ☒ Don't Know

**Date work started:** DIDN'T START   **Is work ongoing?** ☐ Yes ☒ No   If no, the date work stopped: 2/9/202

**Project type:** ☐ New construction ☐ Addition ☒ Repair/replace ☐ Other_____

**Building permit?** ☐ Yes ☒ No   If yes, was the permit obtained by: ☐ Contractor ☐ Homeowner ☐ Don't Know

WORK NOT STARTED.

**Were there subcontractors working on the project?** ☐ Yes ☐ No   If yes, have they been paid? ☐ Yes ☐ No ☒ Don't Know

**Were materials purchased for the project?** ☐ Yes ☐ No   If yes, have they been paid for? ☐ Yes ☐ No ☒ Don't Know

**Did you receive a written estimate from another contractor to correct or complete the work?** ☐ Yes ☒ No

If yes, please provide the name of the contractor here and attach a copy of the estimate:

# DESCRIBE YOUR DISPUTE

Please briefly explain your complaint (attach a separate sheet if necessary). If possible, include a *timeline of events* and *approximate dates*.    (M.W.D)

I CONTACTED MAUI WINDOWS AND DOORS ON 1/29/24 AND SPOKE TO SALES PERSON CHRIS PATSEY RE REPLACEMENT OF TWO SLIDER PATIO DOORS FOR MY TWO HOMES. AN ESTIMATE WAS DRAWN UP & EMAILED TO ME w/50% DEPOSIT IF I AGREED. I WROTE MY CHECK ON 1/31/24 AND M.W.D DEPOSITED IT ON 2/6/24. I CONTACT THE COMPANY ON FEB 12, AND LEARNED THEY WERE OUT OF BUSINESS. NO ANSWERS TO REPEATED PHONE CALLS, SO I DROVE THERE IMMEDIATELY AND LEARNED FROM THE WAREHOUSE ___ DOOR ___ THAT THEY CLOSED THE BUSINESS FRIDAY AFTERNOON FEB 9, 2024! SINCE THEN, THERE STILL HAVE NOT BEEN ___ TO MY CAL ___ DOWN THERE TWICE SINCE, AND NO-ONE HAS BEEN THERE ON MY VISITS

RICO Contractor Complaint Form – Page 2 of 4 (rev. 2-11-2019)

ON FEB 12TH, AFTER MY DRIVE TO THEIR SITE, I IMMEDIATELY
WENT TO THE FHB BANK AND TALKED TO THEIR FRAUD AND
DISPUTE DEPT, AND TRIED FOR A STOP PYMT. TOO LATE!
I'VE SINCE BEEN IN CONTACT WITH LEGAL AID AND I HAVE A
CASE PENDING BUT AM STILL WAITING TO HEAR FROM THEIR
VOLUNTEER LAWYER ABOUT FILING A REGULAR CLAIMS LAW SUI

If you have any of the following documents, please indicate by checking the box(es) and attaching **COPIES** of the documents. **Do not submit originals**; we are unable to return documents to you.

- ☑ Advertisements (flyers, brochures, newspaper/internet ads)
- ☐ Business cards
- ☑ Copies of correspondence (letters, emails, notes)
- ☑ Proposals or estimates
- ☑ Plans or specifications
- ☑ Contracts or agreements
- ☐ Change orders

- ☐ Building permits
- ☑ Invoices or billing statements
- ☑ Proof of any payments made (receipts, cancelled checks [*front and back*], credit card receipts)
- ☐ Any written warranties, promises, or guarantees
- ☐ Photos
- ☐ Other (please list)_____

☐ Check here if no attachments are included

Description of any payments made (attach additional pages if necessary):

| Date | Paid to | Method | If paid by check | Amount |
|------|---------|--------|------------------|--------|
| 1/31/2024 | MAUI WINDOWS AND DOORS | ☐ Cash ☑ Check ☐ Credit ☐ Debit ☐ Other ____ | Check number: 544<br>Issued to: MAUI WINDOWS AND DOORS<br>Memo on check: | $7,625.83 |
| | | ☐ Cash ☐ Check ☐ Credit ☐ Debit ☐ Other ____ | Check number:<br>Issued to:<br>Memo on check: | |
| | | ☐ Cash ☐ Check ☐ Credit ☐ Debit ☐ Other ____ | Check number:<br>Issued to:<br>Memo on check: | |
| | | ☐ Cash ☐ Check ☐ Credit ☐ Debit ☐ Other ____ | Check number:<br>Issued to:<br>Memo on check: | |
| | | | **TOTAL PAID** | $7,625.83 |

If no payments were made, please explain:
_____

RICO Contractor Complaint Form – Page 3 of 4 (rev. 2-11-2019)

## DID YOU ATTEMPT TO RESOLVE YOUR DISPUTE?

If your dispute involves a licensed business or individual, RICO recommends that you attempt to resolve your dispute with the licensee before filing a formal complaint. Please note unlicensed companies and individuals are not authorized to perform work that requires a license, therefore, RICO cannot recommend resolution of unlicensed complaints that involve additional or corrective work.

Did you contact the respondent to try and resolve your dispute? ☒ Yes ☐ No    Please explain any attempts you made to try to resolve the dispute. Indicate if you did not receive a response or you were otherwise unable to contact the business or individual your dispute is about. *I WENT TO THE BUSINESS LOCATION SITE 3 TIMES AS WELL AS PLACED MULTIPLE CALL TO THE BUSINESS AND THE SALES GUY, CHRIS PATSEY.*

Have you filed a lawsuit or other legal action (for example, mediation or arbitration) related to your dispute? ☐ Yes ☒ No  *NOT YET*
If yes, please provide the following:

1) Name of the court: *IT WILL BE THE WAILUKU COURT, IN MAUI.*
2) Case number, if any: _____ *I CONTACTED LEGAL AID TO HELP ME. ITS IN PROGRESS STILL.*
3) Attach **copies** of any relevant documents including any judgments or orders issued in the case.

Have you reported your complaint to any other law enforcement or government agency? ☐ Yes ☒ No
If yes, please provide the following:

1) Name of the agency: _____
2) Approximate date when you filed your report or complaint: _____
3) Report or complaint number, if any: _____

## ADDITIONAL QUESTIONS

**Other agency referral:** If upon review RICO believes a referral to another government agency is appropriate, do you consent to have your complaint sent to that agency for review? ☒ Yes ☐ No

**If we are able to assist, what would your desired resolution be?** Although our primary role is to enforce regulatory laws and rules, sometimes we are able to achieve some sort of resolution on the part of complaining parties. **IF** we are able to assist, what would your desired resolution be? (Again, as a government agency, RICO represents the State of Hawaii as a whole. We do not represent you in your dispute and strongly advise all consumers immediately explore any civil remedies they may have.) . *WHY DID THEY CASH MY CHECK, KNOWING THEY WERE CLOSING DOWN IN 30 DAYS. I'D LIKE TO SEE HIM IN COURT, HAVE MY MONEY RETURNED AND SEE HIS CONTRACTOR'S LICENSE REVOKED.*

## CERTIFICATION

RICO requires complainants complete, sign, and certify below. We can assist you if you are unable to sign or otherwise complete this form. Knowingly submitting false or untrue information may constitute a violation of Hawaii Revised Statutes §710-1063.

I certify that all statements and attachments provided to RICO as part of this complaint are true and correct to the best of my knowledge.

I understand investigation and prosecution is at the discretion of the agency and that RICO does not represent you in this dispute.

Complainant's/Representative's signature: *Mara P. Cole*    Date: *2/28/2024*

Print name here: *MARA P. COLE*    ☐ Check here if signing as representative

Mail completed complaint forms to:
**Regulated Industries Complaints Office**
**Attention: Consumer Resource Center**
**235 South Beretania Street, 9th Floor**
**Honolulu, Hawaii 96813**
Complaint forms are accepted at neighbor island RICO offices for mailing.

This material is available in alternate formats including large print.
For assistance, please contact the RICO Complaints and Enforcement Officer at 586-2666.

**DCCA**
Department of Commerce and Consumer Affairs
Regulated Industries Complaints Office

RICO Contractor Complaint Form – Page 4 of 4 (rev. 2-11-2019)