Filer's Name, Address, Phone, Fax, Email:

OFFICE OF THE UNITED STATES TRUSTEE
TIFFANY L. CAROL
Acting United States Trustee
CURTIS B. CHING 3931
Assistant United States Trustee
300 Ala Moana Boulevard, Suite 4108
Honolulu, Hawaii 96850
Phone: (808) 522-8154
Email: ustpregion15.hi.ecf@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
**1132 Bishop Street, Suite 250**
**Honolulu, Hawaii 96813**

*Debtor(s):* ANDREW LEONARD KEENAN

Chapter 7    Case No. 24-00649

## STIPULATION TO EXTEND TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE OR TO DETERMINE DISCHARGEABILITY OF A DEBT, OR § 707(b) MOTION TO DISMISS

In accordance with Fed. R. Bankr. P. 9006(b)(3),  the Debtor and, if any, Joint Debtor, stipulate to an extension of time under rule 4004(a), 4007(c), or 1017(e) for the parties identified below to file the specified type of complaint or motion.

Extended Deadline: December 13, 2024

[✓] Complaint objecting to discharge (11 U.S.C. § 727)

[ ] Complaint to determine dischargeability of a particular debt (11 U.S.C. § 523(c))

[✓] Motion to dismiss for abuse (11 U.S.C. § 707(b))

The extended deadline applies to the following parties:

[✓] All creditors and parties in interest, including Trustee and United States Trustee

[ ] *Only* Trustee and United States Trustee

[ ] Other party: _____

| | | | |
|---|---|---|---|
| *Debtor/*<br>*Attorney for Debtor* | /s/ Ofir Raviv, Esq. | *Joint Debtor/*<br>*Attorney for Jt Debtor* | |
| *Date* | August 16, 2024 | *Date* | |
| *Trustee/*<br>*UST* | /s/ Curtis B. Ching | *Party in Interest/*<br>*Attorney* | |
| *Date* | August 16, 2024 | *Date* | |

File in CM/ECF under **Trustee/US Trustee** or **Miscellaneous Documents**: *Extend Complaints Deadline (Stipulation)*