United States Bankruptcy Court
District of Hawaii

| | |
|---|---|
| In re: | Case No. 24-00649-rjf |
| Andrew Leonard Keenan | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0975-1 | User: ADE | Page 1 of 1 |
| Date Rcvd: Aug 19, 2024 | Form ID: H2002D | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Andrew Leonard Keenan, 1577 Naalae Rd, Kula, HI 96790-7750 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2024      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Curtis B. Ching | on behalf of U.S. Trustee Office of the U.S. Trustee. USTPRegion15.HI.ECF@usdoj.gov |
| Office of the U.S. Trustee. | ustpregion15.hi.ecf@usdoj.gov |
| Ofir Raviv | on behalf of Debtor Andrew Leonard Keenan ofir@squareonelegal.com office@squareonelegal.com;SquareOneLegalLLLC@jubileebk.net |
| Richard A. Yanagi | yanagi7trustee@gmail.com ryanagi@ecf.axosfs.com |

TOTAL: 4

H2002D (12/15)

| Information to identify the case: | |
|---|---|
| Debtor 1    **Andrew Leonard Keenan**<br>              Name | **United States Bankruptcy Court**<br>**District of Hawaii** |
| Debtor 2    _____<br>(Spouse, if filing)    Name | Case number:  **24–00649**<br>Chapter:   **7** |

# CLERK'S NOTICE

NOTICE IS GIVEN THAT:

The following has been entered on the docket in this bankruptcy case:

[The entire order in this matter is set forth in this docket entry. No document is attached.]Order Approving Stipulation to Extend Deadline to File Complaint / Motion to Dismiss (related document: 10). The court hereby approves the stipulation and the deadline is extended to December 13, 2024, for filing a complaint under sec. 727 and a motion to dismiss for abuse under sec. 707. This extension applies to the Trustee and United States Trustee. SO ORDERED. /s/ Robert J. Faris, United States Bankruptcy Judge.

The record in this case is available at the Clerk's Office at the address below or online using PACER, the federal judiciary's electronic records system. Information about obtaining and using a PACER account is available at the court website, www.hib.uscourts.gov.

Date Entered:  August 19, 2024

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov

Michael B. Dowling
Clerk